UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANNON V. BLAKE,<br><br>    Plaintiff,<br><br>v.<br><br>ELUL, LLC, ERAN ISRAEL,<br>CHANIE ISRAEL and SHIRAN<br>BIHAR,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:20-cv-2107-JPB |

## **ORDER**

In a January 8, 2021 Order ("Order"), the Court directed *pro se* Plaintiff Shannon Blake ("Blake") "to respond to Defendants [Elul, LLC, Eran Israel, Chanie Israel and Shiran Bihar's (collectively "Defendants")] Motion [to Dismiss] by Friday, January 22, 2021." Blake was notified that "[f]ailure to comply with th[e] Order *shall* result in dismissal of this action." The record reflects that the Clerk mailed a copy of the Order to Blake on January 8, 2021. Blake failed to comply with the Order.

The Court entered the Order after Blake failed to respond to Defendants' Motion to Dismiss by the original September 11, 2020 deadline and a Court-imposed extended deadline of September 25, 2020. Blake's latest disregard for an order entered by this Court adds to a "clear record of delay or contumacious

conduct" warranting dismissal of her case. *McKelvey v. AT & T Techs., Inc.*, 789 F.2d 1518, 1520 (11th Cir. 1986). This sanction is particularly appropriate where Blake had prior notice that such sanction would issue if she failed to comply with the Order.

Accordingly, this matter is **DISMISSED** without prejudice, and the Clerk is **DIRECTED** to close the case.

**SO ORDERED** this 26th day of January, 2021.

_____
J. P. BOULEE
United States District Judge